UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

Case: 1:19-cv-02769
Assigned To : Unassigned
Assign. Date : 9/13/2019
Description: Pro Se Gen. Civ. (F-DECK)

RECEIVED
Mail Room

SEP 13 2019

Angela D. Caesar, Clerk of Court
Court, District of Columbia

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

| Name of Inmates | Identification No. | Unit | Cell No |
|---|---|---|---|
| Davon Walker | 319-003 | SW3 | 43 |
| Kevin Arnold | 288-106 | SW3 | 52 |
| Artinis Winston | 267-934 | SW3 | 28 |
| James Pannell | 199-917 | SW3 | 33 |
| Kenneth Watkins | 229-484 | SW3 | 63 |
| Sean Horn | 241-660 | SW3 | 18 |
| Linwood Thorne | 366-760 | SW3 | 43 |
| Anthony Moseley | 314-916 | SW3 | 26 |
| Nicholas Garham | 349-067 | SW3 | 31 |
| Earl Kearney | 324-807 | SW3 | 25 |
| Jericuo Missouri | 318-528 | SW3 | 44 |
| Terrance Barnes | 367-943 | SW3 | 25 |
| Duane Burton | 276-363 | SW3 | 39 |
| Michael Benjamin | 300-909 | SW3 | 51 |
| Gose Alvarez | 368-507 | SW3 | 22 |
| Correy Bay | 277-972 | SW3 | 32 |
| Jesse Boyd | 289-814 | SW3 | 12 |
| Machado Sagobeto | 367-642 | SW3 | 22 |
| Justin Livesay | 368-420 | SW3 | 40 |
| Mathew Lusby | 366-540 | SW3 | 15 |
| Adam Foster | 368-551 | SW3 | 17 |
| Antonio Fox | 338-559 | SW3 | 17 |
| Anthony Crawford | 349-244 | SW3 | 18 |
| William Johnson | 305-698 | SW3 | 23 |
| Tony Thomas | 313-466 | SW3 | 21 |
| Sante Hamm | 278-148 | SW3 | 21 |
| Edward Magruder | 240-642 | SW3 | 28 |

Continued...

| Names of Inmates | Identification No. | Unit | Cell no |
|---|---|---|---|
| Daniel Nickelson | 368-421 | SW3 | 40 |
| Larry Fisher | 347-725 | SW3 | 39 |
| Andre Santzler | 361-925 | SW3 | 15 |
| Ricky Canty | 306-839 | SW3 | 37 |
| Broadus Johnson | 300-816 | SW3 | 53 |
| Derrick Ferguson | 262-258 | SW3 | 54 |
| Rodney Thomas | 368-732 | SW3 | 38 |
| Victor Johnson | 346-334 | SW3 | 20 |
| Isaiah Chapman | 346-251 | SW3 | 29 |
| Joel Muhong | 368-480 | SW3 | 26 |
| David Jackson | 294-881 | SW3 | 12 |
| Michael Johnson | 314-323 | SW3 | 14 |
| Bruce Marshall | 314-373 | SW3 | 14 |
| Tyrell Barkley | 337-843 | SW3 | 27 |
| Reginald Carroll | 352-664 | SW3 | 27 |
| Peter Morrison | 368-242 | D-1A | 14 |
| Michael Johnson | 367-864 | D-1A | 28 |
| Craig Barksdale | 307-744 | D-1A | 30 |
| Randolph Rivers | 220-744 | D-1A | 11 |
| Chase | 366-501 | D-1A | 14 |

Mens Prisoners of District of Columbia, Department of Corrections
1901 E. Street SE   Washington, District of Columbia, 20003

    Vs.                       CIVIL ACTION No.

District of Columbia, Department of Corrections
1901 D. Street SE
Washington, District of Columbia 20003

continued...

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

# COMPLAINT

D.C Prisoner's

vs.

District of Columbia, Department of Corrections

Civil Rules of Procedure Under 42 U.S.C § 1983
Class Action Law Suit....

Pro-Se  Frank Flyth #235-321, Artinis Winston #267-934, Davon Walker #319-003
James Pannell #199-917, Kevin Arnold #288-106, Duane Burton #276-363

As read, All the above inmates who suffered in the "Burning daylight" Along with the scorching nights at the D.C. Jail (Central Detention Facility), located on the 3rd floor of the building in (unit SW-3), where all windows are sealed in the common area throughout the unit, including the cell rooms which makes the excessive heat even worse, (more inferior). Are asking for an estimate of 15 million to be rewarded to the inmates who suffered from June 1, 2019 til July 17 2019, which is the day the inmates were transferred from the DC Jail (Centeral Detention Facility), to the (Central Treatment Facility), known as "CTF".

All stated above is accurate and occurred as stated above......

Continued....

Civil Rules of Procedures Under 42 U.S.C. §1983
Class Action Lawsuit

D.C. Prisoners

Vs

District of Columbia Department of Corrections

On or about Wednesday, July 17, 2019, D.C. inmates were escorted to the Central Detention Facility after the accident of inmate Nathaniel Jigsby D.C #259-550 who apparently calapsed due to the severe hot conditions within the Central Detention Facility. Wingate v. City of New York No. 14-cv-6343 2015 U.S Dist Lexis 192425 (S.D NY Apr. 16, 2015). Several witnesses stated that the incident occurred around 6:30p.m on Tuesday, July 16, 2019 in unit SW-3 coming up the stairs towards the entrance where the unit officers were located.

 Due to the current situation with Mr. Nathaniel Jigsby DC #259-550, the officers at Central Detention Facility never made an attempt to ask anyone about the temperatures of every cell in unit SW3. Nor did any of the officers working the unit (SW3) attempt to ask the inmates of the unit if they had issues with the extremely hot temperatures, whether or not if anyone had Asthma, High Blood Pressure, or question anyone of the inmates about how they felt at that current time of the accident involving Mr. Nathaniel Jigsby #259-550. Me, myself, Mr. Frank Flythe D.C #235-321, spoke with chronic care and informed them that the rooms were indeed too hot to stay in any longer, and Requested that I needed to be moved immediately, on Wednesday, Thursday, and Friday of last week about my breathing and feeling dizzy on occasions. Along with me jumping up and down from a top bunk bed with a torn Achilles Tendon....

Continued....

Also Mr. Artinis Winston D.C "267-934 who was also in the SW3 unit in 28 along with Mr. Edward Magruder D.C "240-642, explained to his mom on a T.V visitation that he had a nose bleed due to the hot conditions in his cell. Mr. Winston also documented letters of proof that he wrote to several family members about the hot temperatures of his cell. It was also stated that Mr. Winston D.C "267-934 even written a letter home to his kids' mom that he wanted her to get Channel 5 news involved.

Most of the inmates in SW3 complained about not being able to hardly breathe in that environment and which all the inmates suffered from the days following June 1, 2019 to July 17, 2019 the day that the Central Detention Facility escorted inmates to the Central Treatment Facility. The AC/or Heating system can not possibly work at the DC Jail which is at this moment all the inmates are now housed at the Central Treatment Facility.

(Pro-Se Frank Flythe "235-321, Artinis Winston "267-934, Davon Walker "319-003, James Pannell "199-917, Kevin Arnold "288-106, Duane Burton "276363).

Under D.C code 42 U.S.C § 1983   Class Action Lawsuit, I acknowledge that all this information pertaining to these statements are accurate and occurred as stated above.

| Names of Inmates | DCDC No. | Unit-cell No. |
|---|---|---|
| Davon Walker | 319-003 | SW3  43 |
| Kevin Arnold | 288-106 | SW3  52 |

Continued...

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Consent to Collection of Fees From Trust Account
Re: Mens Prisoners of District of Columbia, Department of Corrections

vs

District of Columbia, Department of Corrections

Civil Action No.

Here is the names, prisoner identification No, date and original signature, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an inital fee of 20 percent of the greater of: Also please allow this signature, to be for the plaintiff siangture as well.

| Names: | Identification No: | Date: | Signature |
|---|---|---|---|
| Davon Walker | 319-003 | 9/2/19 | Davon Walker |
| Kevin Arnold | 288-106 | 9-2-19 | Kevin Arnold |
| Artinis Winston | 267-934 | 9-2-19 | Artinis Winston |
| James Pannell | 199-919 | 9-2-19 | James Pannell |
| Kenneth Watkins | 229-484 | 9-2-19 | Kenneth Watkins |
| Sean Horn | 241-660 | 9-2-19 | Sean Horn |
| Linwood Thorne | 366-760 | 9-2-19 | Linwood Thorne |
| Anthony Moseley | 314-916 | 9-2-19 | Anthony Moseley |
| Nicholas Garham | 349-067 | 9-2-19 | Nicholas Garham |
| Earl Kearney | 324-809 | 9-2-19 | Earl Kearney |
| Jericuso Missouri | 318-528 | 9-2-19 | Jericuso Missouri |
| Terrance Barnes | 367-943 | 9-2-19 | Terrance Barnes |
| Duane Burton | 276-363 | 9-2-19 | Duane Burton |
| Michael Benjamin | 300-909 | 9-2-19 | Michael R. Benjamin |

Continued....

| Names | Identification No | Date | Signature |
|---|---|---|---|
| Jose Alvarez | 368-509 | 9-2-19 | |
| Correy Ray | 277-972 | 9-2-19 | C. Ray |
| Jesse Boyd | 289-814 | 9-2-19 | Jesse Boyd |
| Machado Jagoberto | 367-642 | 9-2-19 | |
| Justin Livesay | 368-420 | 9/2/19 | |
| Mathew Lusby | 366-540 | 9-2-19 | Matthew J. Lusby |
| Adam Foster | 368-551 | 9-2-19 | Adam Foster |
| Antonio Fox | 338-559 | 9-2-19 | Fox |
| Anthony Crawford | 349-244 | 9-2-19 | AC |
| William Johnson | 305-698 | 9-2-19 | William Johnson |
| Tony Thomas | 313-466 | 9-2-19 | Tony Thomas |
| Dante Hamm | 278-148 | 9-2-19 | Dante Hamm |
| Edward Magruder | 240-642 | 9-2-19 | E. Magruder |
| Daniel Nickelson | 368-421 | 9-2-19 | Daniel Nickelson |
| Larry Fisher | 347-725 | 9-2-19 | Larry Fisher |
| Andre Dantzler | 361-925 | 9-2-19 | Andy Dantzler |
| Ricky Canty | 306-839 | 9-2-19 | Ricky Canty |
| Broadus Johnson | 300-816 | 9-2-19 | Broadus Johnson |
| Derrick Ferguson | 262-258 | 9-2-19 | |
| Rodney Thomas | 368-732 | 9-2-19 | Rodney Thomas |
| Victor Johnson | 346-334 | 9-2-19 | Victor Johnson |
| Isaiah Chapman | 346-251 | 9-2-19 | Isaiah Chapman |
| Joel Mukong | 368-480 | 9-2-19 | |
| David Jackson | 294-881 | 9/2/2019 | David Jackson |
| Michael Johnson | 314-323 | 9-2-19 | Michael Johnson |
| Bruce Marshell | 314-373 | 9-2-19 | |
| Tyrell Backley | 337-843 | 9-2-19 | Tyrell Backley |
| Reginald Carroll | 352-664 | 9-2-19 | Reginald Carroll |

Continued...

Attachment-C

| Names | Identification No: | Date: | Signature |
|---|---|---|---|
| Michael Johnson | 367-864 | 9-2-19 | *signed* |
| Randolph Rivers | 220-744 | 9-2-19 | *signed* |
| Crais Barksdale | 307-744 | 9-2-19 | *signed* |
| Peter Morrison | 368242 | 9-2-19 | *signed* |
| Chase | 366-501 | 9-2-19 | *signed* |
| Flythe Frank | 235-321 | 9-2-19 | *signed* |
| Reginald Carroll | 352-664 | 9-2-19 | *signed* |

Frank FLYTHE *signed* 235321
The Central Detention Facility
1901 E. Street SE
Washington, DC. 20003